William Engel, Respondent, v. United Traction Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Fulton Light, Heat and Power Company and Milton J. Warner, Appellants, Respondents, v. The State of New York, Respondent, Appellant.— Judgment unanimously affirmed, without costs.

Anna Gerow, as Administratrix, etc., of Henry Gerow, Deceased, Respondent, v. Benson Mines Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Cochrane, J., dissenting.

Edward Hendrickson, Respondent, v. Acme Engineering and Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Hudson River Telephone Company, Respondent, v. Ætna Life Insurance Company, Appellant.— Judgment unanimously affirmed, with costs.

Rosalia Inda, as Sole Executrix, etc., of Peter Inda, Deceased, Respondent, Appellant, v. The State of New York, Appellant, Respondent.— Judgment unanimously affirmed, without costs.

Henry Kinum, Respondent, v. Edward L. Relf and Sarah Relf, Appellants.— Judgment unanimously affirmed, with costs.

Irma E. Kemp, an Infant, by Jane A. Kemp, Her Guardian ad Litem, Respondent, v. Charles H. Gabeler, Appellant.— Judgment and order reversed as against the weight of evidence and new trial granted, with costs to appellant to abide event. All concurred, except Smith, P. J., dissenting.

In the Matter of the Application of Alvira Davis and Nettie D. Boehmer, as Creditors of George W. Davis, Deceased, for the Sale of Real Estate for the Payment of Debts. Michael Moore, Appellant, v. Alvira Davis and Others, Respondents.— Decree affirmed, with costs. All concurred, except Kellogg and Houghton, JJ., who vote for modification of decree by disallowing the claim of Nettie D. Boehmer, as creditor of George W. Davis.

William E. Murphy, Respondent, v. John Hofman Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to serve answer in twenty days on payment of costs in this court and at Special Term. All concurred, except Houghton, J., dissenting.

Patrick Nolan, Respondent, v. The Ferris Paving Brick Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

Minnie P. Oliver and Elmer Oliver, as Administrators, etc., of Charles E. Rathbun, Deceased, Appellants, v. William Mason and John R. Van Wagenen, Respondents.— Order unanimously affirmed, with costs.

Veronica Olszewska, Respondent, v. The State of New York, Appellant.— Judgment unanimously affirmed, with costs.

Edward H. Pardee, Respondent, v. George Murphy, Appellant, Impleaded with John Sigsbee and Others.— Judgment affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Rosanna Palin, as Administratrix, etc., of Adelard Palin, Deceased, Respond-